```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES LASTRA,                                              :    16-cv-3088 (JGK) (RWL)
                                                           :
                    Plaintiff,                             :    **ORDER**
                                                           :
        - against -                                        :
                                                           :
CITY OF NEW YORK, et al.,                                  :
                                                           :
                    Defendants.                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of *pro se* Plaintiff's application for a further extension to his January 9, 2020 deadline to pay sanctions of $250.00, originally ordered on March 26, 2019 and his application to pay such sanctions in two parts. (Dkts. 155, 173, 177.) Defendants have not opposed. The Court grants both such requests.

Accordingly, Plaintiff must pay sanctions originally ordered on March 26, 2019 as follows: by February 29, 2020, Plaintiff is to pay $125.00 in sanctions. By March 20, 2020 (*i.e.*, twenty days later), Plaintiff is to pay an additional $125.00 in sanctions.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 13, 2020
       New York, New York

Copies transmitted to all counsel of record and mailed to:
    James Lastra
    2241 Lafayette Avenue
    Bronx, New York 10473