USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JAMES LASTRA,

                  Plaintiff,

        - against -

CITY OF NEW YORK, et al.,

                Defendants.

-------------------------------------------------------------X

16-cv-3088 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On February 21, 2020, Defendants find a motion to compel certain discovery from Plaintiff James Lastra. (Dkt. 187.) Plaintiff is directed to respond to Defendants' motion no later than March 2, 2020.

                        SO ORDERED.

                        _____

                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated: February 24, 2020
      New York, New York

Copies transmitted to all counsel of record and mailed to:

      James Lastra
      2241 Lafayette Avenue
      Bronx, New York 10473