UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JAMES LASTRA,

                Plaintiff,

- against -

CITY OF NEW YORK, et al.,

                Defendants.

-------------------------------------------------------------X

16-cv-3088 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

In view of Plaintiff's pro se status and inability to access law materials during restrictions imposed due to Covid-19, and Defendants having consented to Plaintiff's request for adjournment, the Court grants the parties' joint request set forth in Dkt. 196 as follows: The discovery conference currently scheduled for tomorrow March 24, 2020 at 3:30 p.m. is adjourned to June 2, 2020 at 2:30 p.m. in Courtroom 18D, 500 Pearl Street, New York, NY 10007. Any currently pending time for discovery, and any deadline thereafter, is extended by 90 days. Plaintiff may file electronically temporarily until such time as the Court so orders otherwise; Plaintiff must "cc" Defense counsel on all such filings and communications. The parties may serve each other electronically until such time as the Court so orders otherwise.

Defendant shall serve a copy of this Order on Plaintiff.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated: March 23, 2020
      New York, New York