USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JAMES LASTRA,

                Plaintiff,

       - against -

CITY OF NEW YORK, et al.,

                Defendants.
-------------------------------------------------------------X

16-cv-3088 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court is in receipt of *pro se* Plaintiff's application for an extension to his March 20, 2020 deadline to pay the remaining $125.00 in sanctions, originally ordered on March 26, 2019. The Court grants that request. Accordingly, Plaintiff must pay the remaining $125.00 in sanctions by June 18, 2020.

      Defendants' counsel shall serve Plaintiff with a copy of this order.

                         SO ORDERED.

                         _____
                         ROBERT W. LEHRBURGER
                         UNITED STATES MAGISTRATE JUDGE

Dated: March 27, 2020
       New York, New York