```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES LASTRA,                                   :           16-CV-3088 (JGK) (RWL)
                                                :
                    Plaintiff,                  :           **ORDER**
                                                :
        - against -                             :
                                                :
CITY OF NEW YORK, et al.,                       :
                                                :
                    Defendants.                 :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of Defendants' October 28, 2020 letter (Dkt. 222). If Plaintiff intends to respond, he shall do so no later than November 4, 2020. Absent a response, the Court will resolve the issues raised by Defendants based on the record as it is.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:      New York, New York
            October 28, 2020

Copies transmitted to all counsel of record and to pro se Plaintiff James Lastra.

1