```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JAMES LASTRA,

                Plaintiff,

        - against -

CITY OF NEW YORK, et al.,

                Defendants.
-------------------------------------------------------------X

16-CV-3088 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court is in receipt of the Defendants' January 28, 2021 letter concerning Plaintiff's request for identification of a particular officer. (Dkt. 234.) Defendants' letter states the following: upon information and belief, the "John Doe" officer was not assigned to the relevant precinct on September 6, 2014, and, further, was attending training on September 6, 2014. "Upon information and belief" is not sufficient to put this issue to rest. By February 11, 2021, Defendants shall provide a sworn declaration from someone with personal knowledge attesting to the statement.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated:      New York, New York
               January 29, 2021

Copies transmitted to all counsel of record and to pro se Plaintiff James Lastra.