```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JAMES LASTRA,

                Plaintiff,

      - against -

CITY OF NEW YORK, et al.,

                Defendants.
-------------------------------------------------------------X

16-CV-3088 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    If Plaintiff wishes to respond to Defendants' letter dated February 11, 2021, he shall do so no later than February 22, 2021.

                                    SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated:       New York, New York
               February 16, 2021

Copies transmitted to all counsel of record and to pro se Plaintiff James Lastra.

1