USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JAMES LASTRA,

                 Plaintiff,

        - against -

CITY OF NEW YORK, et al.,

                 Defendants.
-------------------------------------------------------------X

16-CV-3088 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court has received an email from Plaintiff dated February 19, 2021. Plaintiff once again is reminded that he must send all Court communications to the pro se office. The pro se email address is: Temporary_Pro_Se_Filing@nysd.uscourts.gov. Additionally, Plaintiff must copy defense counsel on any communications with the Court. The most recent email does not appear to have been sent to defense counsel. Any future communication sent in violation of these rules will not be read by the Court and will not be acted on.

                                 SO ORDERED.

                                 _____
                                 ROBERT W. LEHRBURGER
                                 UNITED STATES MAGISTRATE JUDGE

Dated:       New York, New York
               February 22, 2021

Copies transmitted to all counsel of record and to pro se Plaintiff James Lastra.