```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JAMES LASTRA,                                                :
                                                             :
                                 Plaintiff,                  :
                                                             :
                - against -                                  :
                                                             :
CITY OF NEW YORK, et al.,                                    :
                                                             :
                                 Defendants.                 :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2021

16-CV-3088 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the status conference held on March 11, 2021:

1. By March 25, 2021, Defendants shall provide a sworn statement from officer J.S. regarding his presence or lack of presence at the incident at issue in this case. The officer need only provide his initials at this time.

2. The discovery deadline in this case expired on August 31, 2020. By March 25, 2021, Plaintiff may file a letter no longer than 3 pages addressing why he should not be deemed to have forfeited his right to take depositions based on the passage of time following July 21, 2020 (when he was provided with relevant sections of the patrol guide). By April 1, 2021, Defendants shall file a response, if any, of no more than three pages. The Court will then determine whether discovery should be re-opened for the limited purpose of taking depositions.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1

2

Dated:   New York, New York
         March 12, 2021

Copies transmitted to all counsel of record and to pro se Plaintiff James Lastra.