USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JAMES LASTRA,

                Plaintiff,

       - against -

CITY OF NEW YORK, et al.,

                Defendants.
-------------------------------------------------------------X

16-CV-3088 (JGK) (RWL)

**Order**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Chambers today received a call from Plaintiff concerning a purported inactive warrant about which he learned yesterday and would like to obtain from Defendants in advance of upcoming depositions. Defendants shall meet and confer with Plaintiff about this issue, and if it cannot be resolved by the end of Monday June 14, 2021, either or both parties may raise the issue with the Court. Regardless of how or when this issue is resolved, the currently scheduled depositions shall go forward as scheduled.

                        SO ORDERED.

                        _____
                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated:  June 11, 2021
          New York, New York

Copies transmitted this date to all parties of record via ECF.