UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES LASTRA,

               Plaintiffs,         16-cv-3088 (JGK)

    - against -               ORDER

THE CITY OF NEW YORK ET AL,

               Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiff, James Lastra, seeks an extension of time to file objections to the Magistrate Judge's rule during a deposition on June 14, 2021, that was subsequently confirmed in a docket entry order on June 21, 2021. ECF No. 283. The application is granted. The plaintiff may file objections by July 9, 2021. The defendants may respond to any objection by July 16, 2021.

    The Clerk is directed to close ECF No. 284.

    The Clerk is directed to mail a copy of this order to the pro se plaintiff.

SO ORDERED.

Dated:    New York, New York
           June 28, 2021

                                       John G. Koeltl
                                       United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2021