UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES LASTRA,

          Plaintiffs,        16-cv-3088 (JGK)

    - against -           ORDER

THE CITY OF NEW YORK ET AL,

          Defendants.

JOHN G. KOELTL, District Judge:

    The plaintiff, James Lastra, submitted a letter by email to the Court, requesting an extension of time to file objections to the Magistrate Judge's ruling during a deposition on June 14, 2021. The application is granted, and the plaintiff's time to file the objections is extended to July 19, 2021. The time to respond is July 26, 2021.

    The Clerk is directed to mail a copy of this order to the pro se plaintiff.

SO ORDERED.

Dated:    New York, New York
          July 12, 2021

                                    John G. Koeltl
                            United States District Judge