UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES LASTRA,

                      Plaintiffs,            16-cv-3088 (JGK)

      - against -                         ORDER

THE CITY OF NEW YORK ET AL,

                      Defendants.

---

JOHN G. KOELTL, District Judge:

    The time for plaintiff to object to the Magistrate Judge's June 14, 2021 ruling, memorialized on June 21, 2021, is extended to July 30, 2021. The defendants' time to respond is August 9, 2021.

    The Clerk is directed to mail a copy of this order to the pro se plaintiff.

SO ORDERED.

Dated:    New York, New York
            July 19, 2021

                                            /s/ John G. Koeltl
                                               John G. Koeltl
                                       United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/21