UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES LASTRA,

                Plaintiffs,        16-cv-3088 (JGK)

    - against -               ORDER

THE CITY OF NEW YORK ET AL,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The time for plaintiff to object to the Magistrate Judge's June 14, 2021 ruling, memorialized on June 21, 2021, is extended to August 31, 2021. The defendants' time to respond is September 14, 2021.

    The Clerk is directed to mail a copy of this order to the pro se plaintiff.

SO ORDERED.

Dated:    New York, New York
          July 30, 2021

                                      John G. Koeltl
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/02/2021