

| GEORGIA M. PESTANA<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | NICOLETTE PELLEGRINO<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2338<br>Fax: (212) 356-3509<br>npellegr@law.nyc.gov |
|---|---|---|

Decemeber 9, 2021

VIA E.C.F.
Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**

/s/ John G. Koeltl
12/9/21
John G. Koeltl, U.S.D.J.

Re:  James Lastra v. City of New York, et al.,
     16 Civ. 3088 (JGK) (RWL)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney representing defendants the City of New York, New York City Police Department ("NYPD") Officer Deshawn Edmonds, and NYPD Officer James Antoine (collectively, "Defendants") in the above referenced matter. The Defendants respectfully write to: (a) inform the Court that the parties reached an agreement to settle this matter for a particular dollar amount; and (b) respectfully request, with Plaintiff's consent, that the Court adjourn all conferences and deadlines *sine die*, including tomorrow's December 10, 2021 deadline for the Defendants to file their anticipated Summary Judgment motion papers.

      As noted above, the parties have reached an agreement to settle this matter for a particular dollar amount. The Defendants' settlement offer is contingent on Plaintiff duly executing this Office's standard settlement paperwork, *i.e.*, the Stipulation of Dismissal, Stipulation of Settlement, General Release, Affidavit of Status of Liens, and W9. At this time, Plaintiff is reviewing this Office's standard settlement paperwork.

      As such, Defendants respectfully request, with Plaintiff's consent, that the Court adjourn all conferences and deadlines *sine die*, including tomorrow's December 10, 2021 deadline for the Defendants to file their anticipated Summary Judgment motion papers, to afford the parties the opportunity to finalize the settlement paperwork and submit a Stipulation and Order of Dismissal for the Court's endorsement.

Defendants thank the Court for its consideration.

Respectfully submitted,

/s/ *Nicolette Pellegrino*

Nicolette Pellegrino
*Assistant Corporation Counsel*
Special Federal Litigation Division

CC: VIA ELECTRONIC MAIL
James Lastra
*Plaintiff Pro Se*
jsavak@hotmail.com