UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES LASTRA,

                Plaintiff,            16-cv-3088 (JGK)

    - against -                 ORDER

CITY OF NEW YORK ET AL.,
                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a status report by **April 29, 2022.**

SO ORDERED.
Dated:    New York, New York
          April 15, 2022

                                                    /s/ John G. Koeltl
                                                  John G. Koeltl
                                       United States District Judge

*[Handwritten annotation]:* The Clerk is directed to mail a copy of this order to the plaintiff and to note service on the docket. So ordered. 4/15/22 /s/ John G. Koeltl/USDJ