UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES LASTRA,

                Plaintiff,

                                                     16 civ 3088 (JGK)

      -against-

CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------------X

## ORDER

A conference in this matter is scheduled for **Wednesday, May 11, 2022, at 3:30pm.**

**Dial-in: 888 363-4749.  Access code: 8140049.** All deadlines are stayed pending the conference.

The clerk shall close Document 311 as a letter motion. *The Clerk should mail a copy of this Order to the pro se plaintiff and note service on the docket.*

**SO ORDERED.**

                                                         /s/ John G. Koeltl 6/Koeltl
                                                      **JOHN G. KOELTL**
                                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         May 2, 2022