```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

JAMES LASTRA,

                Plaintiff,        16-cv-3088 (JGK)

    - against -               ORDER

CITY OF NEW YORK ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties should submit a letter by **May 18, 2022** indicating the date by which the defendants propose to file a motion to enforce the purported settlement agreement, the date by which the plaintiff proposes to respond to any such motion, and the date by which the defendants propose to reply. The Clerk is directed to mail a copy of this Order to the pro se plaintiff and to note service in the docket.

SO ORDERED.
Dated:    New York, New York
           May 11, 2022

                                        /s/ John G. Koeltl
                                          John G. Koeltl
                                   United States District Judge